UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO SOTO (1),<br>OSCAR JAVIER ESTRADA (2), and<br>JUAN MANUEL ESTRADA (3),<br><br>Defendants. | Case No. 07-CR-0223 (PJS/JSM)<br><br>ORDER ADOPTING REPORT AND<br>RECOMMENDATION |

This matter is before the Court on Magistrate Judge Janie S. Mayeron's September 25, 2007 Report and Recommendation ("R&R"). Judge Mayeron recommends denying defendants' motions to suppress. Defendant Juan Manuel Estrada objects to Judge Mayeron's recommendations.

The Court has conducted a de novo review, as required by 28 U.S.C. § 636(b)(1) and Fed. R. Crim. P. 59(b)(3). Based on that review, and on all of the files, records, and proceedings herein, the Court overrules Juan Manuel Estrada's objection and ADOPTS the R&R [Docket No. 81]. IT IS HEREBY ORDERED that:

1. Defendant Eduardo Soto's Motion to Suppress Tangible Evidence and Statements [Docket No. 35] is DENIED.

2. Defendant Juan Manuel Estrada's Motion to Suppress Evidence [Docket No. 48] is DENIED.

Dated:  October 23, 2007          s/Patrick J. Schiltz
                                  Patrick J. Schiltz
                                  United States District Judge