AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

_____ District of Minnesota_____

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Juan Manuel Estrada | ) Case No:   07-CR-0223(3) (PJS/JSM) |
| | ) USM No:   86946-198 |
| Date of Original Judgment: _____9/15/08_____ | ) |
| Date of Previous Amended Judgment: _____ | ) N/A (pro se) |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

   X  DENIED.    ☐  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____9/15/08_____ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: _____11/23/15_____                    s/Patrick J. Schiltz
                                         *Judge's signature*

Effective Date: _____           PATRICK J. SCHILTZ, United States District Judge
        *(if different from order date)*              *Printed name and title*